MINUTE ENTRY
AFRICK, J.
May 26, 2021
JS-10 00:10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTINE A. NYGREN** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-2714** |
| **DOLLAR TREE, INC., ET AL.** | **SECTION I** |

## ORDER

On this date, the Court held a telephone status conference concerning the continuance of certain dates and deadlines. As discussed during the conference,

**IT IS ORDERED** that the parties' joint motion[1] to continue is **GRANTED**; trial in the above-captioned matter is **CONTINUED** to **MONDAY, NOVEMBER 15, 2021, at 8:30 A.M.** A pretrial conference will be held **WEDNESDAY, OCTOBER 6, 2021, at 9:00 A.M.**; the pretrial order should be submitted in line with that date. All other dates and deadlines remain intact.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 52.