UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTINE NYGREN** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-2714** |
| **DOLLAR TREE, INC., ET AL.** | **SECTION I** |

### ORDER

Plaintiff's opposition[1] to defendant's motion to strike contains significant argument directed at the merits of defendant's summary judgment motion. Defendant's reply[2] to this opposition limited itself to addressing the motion to strike. Therefore,

**IT IS ORDERED** that, should defendant intend to reply to any of the arguments regarding the substantive time bar issue raised in plaintiff's opposition, it shall do so no later than **JUNE 9, 2021**.

New Orleans, Louisiana, June 2, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 51.
[2] R. Doc. No. 55.